**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GERALDINE CAMPFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-0372 (KBJ) |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER ADOPTING REPORT & RECOMMENDATION**
**OF MAGISTRATE JUDGE**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's [15] Report and

Recommendation is A**DOPTED** in its entirety. It is

**FURTHER ORDERED** and that Plaintiff's [8] Motion for Judgment of Reversal

is **DENIED**, and Defendant's [10] Motion for Judgment Affirmance is **GRANTED**.


DATE: December 28, 2016        *Ketanji Brown Jackson*
                               KETANJI BROWN JACKSON
                               United States District Judge